UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-07411 SJO (SSx) | Date | June 17, 2016 |
|---|---|---|---|
| Title | Michael Vogler v. City of Pasadena et al | | |

Present: The Honorable  JAMES OTERO, Judge presiding

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     IN CHAMBERS :

The Court is in receipt of the NOTICE of Dismissal filed by Plaintiff on 06/15/2016. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Dismissal.

JS-6

|  | : |
|---|---|
| Initials of Preparer | vpc |